UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VILES DELICES,

    Plaintiff,

v.                                            Case No. 3:22cv9552-MCR-HTC

LATOYA BROWN,

    Defendant.

_____/

# ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 14, 2022 (ECF No. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**